FILED
CLERK
2/19/2021 12:10 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

JORGE NIETO, *individually and on behalf of others similarly situated*

*Plaintiff*,

-v-

PROJECT VISUAL INTERNATIONAL INC

Case No: 2:21-cv-00680

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOW, THEREFORE**, Plaintiff JORGE NIETO hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 18, 2021

STILLMAN LEGAL, P.C.

*Lina Stillman*

Attorneys for Plaintiff,

The Clerk of Court is directed to close this case. **SO ORDERED** this 19th day of February 2021 in Central Islip, New York.

/s/ JOANNA SEYBERT
U.S. District Judge, EDNY

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO